```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ALI AL-AHMED,                                                  :
                                                               :
                              Plaintiff,                       :
                                                               :     20-cv-4982 (VEC)
              -against-                                        :
                                                               :        ORDER
                                                               :
TWITTER, INC.,                                                 :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS discovery has been stayed pending Defendant's anticipated motion to dismiss, Dkt. 9;

IT IS HEREBY ORDERED THAT the initial conference currently scheduled for September 4, 2020, is adjourned pending further order.

**SO ORDERED.**

Date:  August 28, 2020                              _____
       New York, New York                                  **VALERIE CAPRONI**
                                                      **United States District Judge**