```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALI AL-AHMED,                                            :
                                                        :
                                    Plaintiff,          :
                                                        :          20-CV-4982 (VEC)
                        -against-                        :
                                                        :          ORDER TO SHOW
TWITTER, INC.,                                          :                CAUSE
                                                        :
                                    Defendant.    :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 9, 2021, Defendant filed a motion to dismiss the Complaint
and a motion requesting judicial notice, Dkts. 50, 57;

WHEREAS Rule 4(B) of the undersigned's Individual Practices in Civil Cases requires
that all memoranda of law be double-spaced;

WHEREAS on November 10, 2020, the Court extended the page limit of Plaintiff's
memorandum of law in opposition to the motion to dismiss to 35 pages and Defendant's reply
brief in support of its motion to 20 pages, Dkt. 60;

WHEREAS Defendant's opening and reply briefs in both motions use 1.74 spacing, and
not the required 2.0 spacing; and

WHEREAS Defendant's failure to comply with the double-spacing requirement means
that Defendant's opening and reply briefs in support of its motion to dismiss are considerably
longer than the permitted page limits;

IT IS HEREBY ORDERED that Defendants must show cause, by no later than **Friday,
June 25, 2021**, why Defendants' motion should not be stricken from the record, Defendant's
counsel sanctioned for failure to comply with a Court order, or both.

**SO ORDERED.**

**Date:  June 16, 2021**
**New York, New York**

                                            **VALERIE CAPRONI**
                                **United States District Judge**