UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI AL-AHMED,

                        Plaintiff,

      -against-                                         20 **CIVIL** 4982 (VEC)

**JUDGMENT**

TWITTER, INC.,

                        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 11, 2021, Twitter's motion to dismiss for lack of personal jurisdiction is GRANTED. Because the Court did not rely on the materials that Twitter contends are subject to judicial notice, Twitter's motion for judicial notice is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

       August 12, 2021

                                                                 RUBY J. KRAJICK

                                                                   **Clerk of Court**

                                   **BY:**

                                                                     **Deputy Clerk**

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED; DOC #: _____; DATE FILED: 8/12/2021]